UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE BURGER, | ) |
|           Plaintiff, | )   NO.  CV-10-5077-LRS |
| -vs- | )   ORDER OF DISMISSAL |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; HANFORD EMPLOYEE WELFARE TRUST, | ) |
|           Defendants. | ) |

Pursuant to the stipulation of the parties (ECF No. 35) filed April 6, 2012, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and CLOSE FILE.

**DATED** this 12th day of April, 2012.

                                      S/ *Lonny R. Suko*

                                      LONNY R. SUKO
                          UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1